**FILED**

AUG -3 2007 
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg  
     U.S. Magistrate Judge

RE: Hinkel, David

FROM: Claudette M. Silvera, Chief  
       U.S. Pretrial Services Officer

DOCKET NO.: 5-07-70354

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

AMELIA BERTHELSEN  
U.S. Pretrial Services Officer Assistant

510-637-3753  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall refrain from excessive use of alcohol and he shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription; and

B. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____  
JUDICIAL OFFICER

8-3-07  
DATE